# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JUSTINE FERREIRA and NICHOLAS ROJAS, SR., as Parents and Natural Guardians of N.R., and JUSTINE FERREIRA and NICHOLAS ROJAS, SR., Individually,

      Plaintiffs,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendant.

22 **CIVIL** 4993 (AT)

-------------------------------------------------------------X

JUSTINE FERREIRA and NICHOLAS ROJAS, SR., as Parents and Natural Guardians of N.R., and JUSTINE FERREIRA and NICHOLAS ROJAS, SR., Individually,

      Plaintiffs,

  -against-

MEISHA PORTER, in her Official Capacity as the Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendants.

21 **CIVIL** 11087 (AT)

-------------------------------------------------------------X

JUSTINE FERREIRA, as Parent and Natural Guardian of N.R. and individually,

      Plaintiff,

  -against-

MEISHA PORTER, in her official capacity as the Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendants,

21 **CIVIL** 6012 (AT)
**JUDGMENT**

-------------------------------------------------------------X

```
------------------------------------------------------------X
JUSTINE FERREIRA, as Parent and Natural
Guardian of N.R. and JUSTINE FERREIRA,
Individually,
                        Plaintiff,

        -against-                                    20 CIVIL 9849

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
------------------------------------------------------------X
```

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2023, Plaintiffs' motion for preliminary relief in Ferreira I is DENIED. The DOE's motion to dismiss Ferreira I is GRANTED. Plaintiffs' motion for summary judgment in Ferreira II, 21 Civ. 6012, is DENIED. The DOE's motion for summary judgment in Ferreira II is GRANTED; accordingly, the cases 20cv9849 and 21cv6012 are closed.

**Dated:** New York, New York
March 15, 2023

                                    **RUBY J. KRAJICK**
                                    _____
                                    **Clerk of Court**
                            **BY:**  *K. Mango*
                                    _____
                                    **Deputy Clerk**